### REAGAN AND OTHERS *vs.* MITCHELL AND OTHERS.

HELD, that if, on appeal from the probate court, the circuit court acts only on the exceptions taken, but wholly omits, on sustaining the exceptions, to try the matter *de novo*, or make such order and decision as should have been made by the probate court, the judgment is not final, and error does not lie to this court.

---

### WOODRUFF, *Ex Parte.*

HELD, that although the judges of an inferior court do not obey an order of this court, and thereby subject themselves to an attachment for contempt, yet, if their return to the mandamus shows that there was no *intentional* contempt on their part—instead of an attachment, an alias mandamus will issue.